EXHIBIT "A"

### IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:                                              CASE NO.: 13-bk-07570-JAF

LILIA BELKOVA, Debtor.
_____/

### SIXTH AMENDED CHAPTER 12 PLAN

1. The future earnings or income of the Debtor are submitted to the supervision and control of the Trustee.

2. The Debtor shall make all payments provided for herein to the Chapter 12 Trustee in the amounts and on the schedule set forth below for a duration of thirty-six (36) months following the confirmation of this Plan by the Court. Upon completion of the Plan, Debtor shall be permitted to continue making these payments directly to the respective creditors as the mortgages will be permanently modified as stated below.

3. The effective date for this Plan shall be the date of the entry of the Order confirming the Plan.

4. The first Plan payment shall be due thirty (30) days after the entry of the Order confirming this Plan. The Plan payments shall be made by the Debtor to the Trustee consistent with the provisions set forth herein.

### A. PRIORITY CLAIMS

(1) The fees and expenses of the Trustee shall be paid over the life of the plan (a duration of 36 months) at the rate of five percent (5%) of the amount of all payments remitted under the plan as noted below.

(2) **Robert W. Elrod, Jr.** has a priority claim in the amount of $0.00 for attorney's fees.

### B. SECURED CLAIMS

(1) **Mackinac Savings Bank** has the first mortgage (Claim 5) on the Debtor's 6.32 acre farm located in Marion County, Florida (Parcel A). The amount owed to this creditor is $60,000.00 pursuant to the Order Granting Debtor's Motion To Value Secured Claim Five (5) Of Mackinac Savings Bank dated August 15, 2014 (Docket No. 63). The Trustee shall pay this creditor $3,865.08 (which includes 5% interest) annually as set forth below. The Debtor shall pay this sum to the Trustee plus a five percent (5%) Trustee commission of $203.43 for an annual total payment of $4,068.51. The Trustee's commission shall only be due while the Chapter 12 case is pending. The first payment shall be on the first June 30th following confirmation of this Plan and the said payments shall continue annually on June 30th of each year for a total of thirty (30) years and this represents a permanent modification of the mortgage.

      The confirmation of this Plan shall have the effect of confirming that Debtor is the owner of this property located in Marion County, Florida either individually or through the respective Florida Land Trust.

      ESCROW: Debtor shall maintain property hazard insurance (if applicable) and shall pay post-petition property taxes directly to Marion County.

(2) **Scituate Reality** has the second mortgage on the Debtor's 6.32 acre farm located in Marion County, Florida (Parcel A). There is no equity after accounting for the first mortgage so therefore this lien shall be stripped upon entry of a discharge either in this case or in a Chapter 7 case should this case be so converted. Further, there is no unsecured debt owed by Debtor to this creditor.

(3) **Mackinac Savings Bank** has the first mortgage (Claim 6) on the Debtor's 4.72 acre farm located in Marion County, Florida (Parcel B). The amount owed to this creditor is $30,000.00. The Trustee shall pay this creditor $1,932.60 (which includes 5% interest) annually as set forth below. The Debtor shall pay this sum to the Trustee plus a five percent (5%) Trustee commission of $96.63 for a annual total payment of $2,029.23. The Trustee's commission shall only be due while the Chapter 12 case is pending. The first payment shall be on the first June 30th following confirmation of this Plan and the said payments shall continue annually on June 30th of each year for a total of thirty (30) years and this represents a permanent modification of the mortgage.

      The confirmation of this Plan shall have the effect of confirming that Debtor is the owner of this property located in Marion County, Florida either individually or through the respective Florida Land Trust.

      ESCROW: Debtor shall maintain property hazard insurance (if applicable) and shall pay post-petition property taxes directly to Marion County.

(4) **Scituate Reality** has the second mortgage on the Debtor's 4.72 acre farm located in Marion County, Florida (Parcel B). There is no equity after accounting for the first mortgage so therefore this lien shall be stripped upon entry of a discharge either in this case or in a Chapter 7 case should this case be so converted. Further, there is no unsecured debt owed by Debtor to this creditor.

(5) **PNC Bank, National Association** has a purported mortgage (the Debtor does not agree that the lien is valid) on the Debtor's farm located at 2251 Buckridge Trail, Loxahatchee, FL 33470. The new initial principal balance shall be $325,000.00 (which includes 5% interest and is based upon the Court's Amended Order dated October 23, 2015 (Docket No. 226)). The Trustee shall pay this creditor $1,744.67 per month commencing on the 1st day of the 1st month after the confirmation of this Plan and continuing on the 1st of each month thereafter for a period of 360 months. This payment is based upon a 30 year amortization with 5% interest and represents a permanent modification of the mortgage. The Debtor shall pay this sum to the Trustee plus a five percent (5%) Trustee commission of $91.83 for a total monthly payment of $1,836.50. Said payments shall continue for the said 30 year period or until the debt of $325,000, less any principal payments made thereon, is otherwise satisfied in full. The Trustee's commission shall only be due while the Chapter 12 case is pending. Nothing in this Plan shall prevent the Debtor from disputing the validity of the mortgage and/or suing PNC Bank, National Association, and/or is predecessor, to remove the lien and for breach of contract.

The confirmation of this Plan shall have the effect of confirming that Debtor is the owner of this property located in Palm Beach County, Florida either individually or through the respective Florida Land Trust.

ESCROW: Debtor shall maintain property hazard insurance (if applicable) and shall pay post-petition property taxes directly to Palm Beach County.

(6) **Pennymac Loan Services, LLC** has the mortgage on the Debtor's farm located in Levy County, Florida at 3351 SE 186th Avenue, Morriston, FL 32668. The new initial principal balance shall be $98,500.00 (which includes 5.25% interest and is based upon the Court's Order dated November 10, 2015 (Docket No. 234)). The Trustee shall pay this creditor $543.92 per month commencing on the 1st day of the 1st month after the confirmation of this Plan and continuing on the 1st of each month thereafter for a period of 360 months. This payment is based upon a 30 year amortization with 5.25% interest and represents a permanent modification of the mortgage. The Debtor shall pay this sum to the Trustee plus a percent (5%) Trustee commission of $28.63 for a total monthly payment of $572.55. Said payments shall continue for the said 30 year period or until the debt of $98,500, less any principal payments made thereon, is otherwise satisfied in full. The Trustee's commission shall only be due while the Chapter 12 case is pending. Nothing in this Plan shall prevent the Debtor from disputing the validity of the mortgage and/or suing Pennymac Loan Services, LLC, and/or is predecessor, to remove the lien.

The confirmation of this Plan shall have the effect of confirming that Debtor is the owner of the property located in Levy County, Florida at 3351 SE 186th Avenue, Morriston, FL 32668 either individually or through the respective Florida Land Trust.

ESCROW: Debtor shall maintain property hazard insurance (if applicable) and shall pay post-petition property taxes directly to Levy County.

(7) The **Deer Run Property Owners' Association** is owed post-petition HOA dues/fees by Debtor in an undetermined amount. This creditor has obtained relief from stay concerning post-petition HOA dues/fees. This creditor shall be compelled by this Plan to accept payments on post-petition HOA dues/fees directly from Debtor. All pre-petition HOA dues/fees and other obligations owed by Debtor to this creditor shall be discharged upon completion of this Plan.

## C. UNSECURED CLAIMS

(1) Unsecured creditors, including those secured creditors having deficiency claims or whose liens have been avoided, shall receive distribution on a pro-rata basis. The Trustee shall distribute **$0.00** to those unsecured creditors whose claims are timely filed and allowed.

(2) Any claim filed after the last date to file claims, shall receive no distribution under this plan unless specifically provided for above.

## D. GENERAL PROVISIONS

(1) The Debtor does not reject any executory contracts.

(2) Except as provided for in the plan, the order confirming the plan or other court

order, no interest, late charges, penalties or attorneys' fees will be paid to or accessible by any creditor. The provisions of the confirmed plan shall bind the debtor and each creditor, whether or not the claim of such creditor is provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan.

(3) Once the Debtor successfully completes the Chapter 12 plan and a discharge is entered by the Court, NO CREDITOR WILL BE ALLOWED TO ADD LATE CHARGES, PENALTIES, INTEREST OR ATTORNEYS' FEES FROM THE BEGINNING OF TIME THROUGH THE DATE OF DISCHARGE.

(4) The Debtor reserves the right to pursue any pre-petition or post-petition claims of any form or kind which she may have against any other individual or entity and these claims shall be unaffected by this Plan or by its confirmation by the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished electronically to Douglas Neway, Trustee, and by US Mail to all interested parties on the attached mailing matrix on this 10th day of April, 2017.

**ELROD & ELROD, P.A.**

**DATED: April 10, 2017**

/s/ Robert W. Elrod, Jr.
**ROBERT W. ELROD, JR.**
Florida Bar No.: 184446
233 East Bay Street
1032 Blackstone Building
Jacksonville, Florida 32202
(904) 356-1282/Fax:356-6268
RWElrod2@aol.com
Attorney for Debtor

```
Label Matrix for local noticing          Lilia Belkova                         James R. Ciuffetelli
113A-3                                   2251 Buckridge Trail                  15390 Earhart Place
Case 3:13-bk-07570-JAF                   Loxahatchee, FL 33470-2592            Wellington, FL 33414-8326
Middle District of Florida
Jacksonville
Wed Apr  5 18:31:42 EDT 2017

Deer Run Property Owners Association, Inc.   Mackinac Savings Bank             PNC Mortgage
c/o Gamberg & Abrams                         Quintairos, Prieto, Wood & Boyer, P.A.   Florida Foreclosure Attorneys, PLLC
Thomas L. Abrams, Esq.                       c/o Neal J. Gambler, II           c/o Frank J. Gomez, Esquire
1776 N. Pine Island Road, Suite 215          1 Independent Drive               4855 Technology Way, Suite 500
Plantation, FL 33322-5223                    Suite 1650                        Boca Raton, FL 33431-3352
                                             Jacksonville, FL 32202-5019

PennyMac Corp.                           PennyMac Loan Services, LLC           BlueCross Blue Shield of FLorida
Aldridge Pite, LLP                       Aldridge - Connors                    PO Box 45074
Fifteen Piedmont Center                  Fifteen Piedmont Center               Jacksonville  FL  32232 5074
3575 Piedmont Road, N.E., Suite 500      3575 Piedmont Road, N.E.
Atlanta, GA 30305-1636                   Suite 500
                                         Atlanta, GA 30305-1636

Deer Run Property Owners Assoc Inc       Fidelity National Title Group         Florida Department of Revenue
c/o Brough, Chadrow & Levine PA          Commonwealth Land Title               Bankruptcy Unit
1900 N Commerce Parkway                  Insurance Company                     Post Office Box 6668
Weston  FL 33326-3236                    2533 N 117th Ave                      Tallahassee FL 32314-6668
                                         Omaha, NE 68164-3679

Florida Dept. of Transportation          Florida Power & Light Company         Internal Revenue Service
Violation Enforcement Section            PO Box 025576                         Post Office Box 7346
PO Box 105477                            Miami  FL 33102-5576                  Philadelphia PA 19101-7346
Atlanta  GA  30348-5477

Lilia Belkova                            Mackinac Savings Bank                 Marion County Collection Contract
3351 SE  186 Ave                         280 N Congress Ave                    Marion County Court House
Morriston  FL 32668-3376                 Boynton Beach  FL 33426-4212          110 NW  1st Avenue
                                                                               Ocala  FL 34475-6693

Marion County Judgments Equine Citations   Marion County Tax Collector         Mike Fink Trial Lawyers PA
Marion County Court House                  P.O. Box 970                        2075 W First St
110 NW  1st Avenue                         Ocala FL 34478-0970                 Ste 204
Ocala  FL 34475-6693                                                           Fort Myers  FL 33901-3100

PENNYMAC LOAN SERVICES, LLC              PNC Bank NA                           PNC Bank NA successor by merger to
6101 CONDOR DRIVE SUITE #300             c/o Weltman Weinberg & Reis Co LPA    National City Bank successor by merger t
MOORPARK, CA 93021-2602                  550 West Cypress Creek Road           Fidelity Federal Bank & Trust
                                         Suite 550                             250 Datura St
                                         Fort Lauderdale  FL 33309-6174        West Palm Beach  FL  33401

PNC Mortgage                             Palm Beach Equine Clinic              Palms West Hospital
c/o Frank J. Gomez, Esquire              13125 Southfields Road                Resurgent Capital Services
Florida Foreclosure Attorneys, PLLC      Wellington  FL 33414-7297             PO Box 1927
4855 Technology Way, Suite 500                                                 Greenville, SC 29602-1927
Boca Raton, FL 33431-3352

Pennymac Corporation                     Scituate Reality LLC                  Scituate Reality LLC
c/o Ronald R Wolfe & Associates          1433 Massaro Blvd                     1501 Lake  Avenue SE
PO Box 25018                             Tampa  FL 33619-3005                  Largo, FL 33771-3747
Tampa  FL 33622-5018
```

```
(p)SPRINT NEXTEL CORRESPONDENCE        Verizon Wireless                        Verizon Wireless
ATTN BANKRUPTCY DEPT                   1309 N Flagler Dr                       PO Box 105378
PO BOX 7949                            West Palm Beach  FL 33401-3406          Atlanta  GA 30348-5378
OVERLAND PARK KS 66207-0949


Jason B. Burnett +                     Robert W. Elrod Jr.+                    United States Trustee - JAX 13/7 7+
GrayRobinson, P.A.                     233 East Bay Street Suite 1032          Office of the United States Trustee
50 N. Laura Street, Suite 1100         Jacksonville, FL 32202-3457             George C Young Federal Building
Jacksonville, FL 32202-3611                                                    400 West Washington Street, Suite 1100
                                                                               Orlando, FL 32801-2210


Lisa DiSalle +                         Jason A Burgess +                       Teresa M Hair +
 Quintairos, Prieto, Wood & Boyer, P.A. The Law Offices of Jason A. Burgess, LLC  Brock & Scott, PLLC
One Independent Drive, Suite 1650      1855 Mayport Road                       1501 NW 49th Street, Suite 200
Jacksonville, FL 32202-5019            Atlantic Beach, FL 32233-1919           Ft. Lauderdale, FL 33309-3723


Douglas W Neway Chapter 12 Trustee +   Jason A Weber +                         Thomas L Abrams +
P O Box 4308                           Sirote and Permutt, P.C.                Gamberg & Abrams
Jacksonville, FL 32201-4308            200 East Broward Blvd, Suite 900        1776 North Pine Island Road
                                       Ft Lauderdale, FL 33301-1815            Suite 215
                                                                               Plantation, FL 33322-5223


Leslie Rushing +                       Jeffrey S Fraser +                      Tricia Morra +
Quintairos, Prieto, Wood & Boyer, P.A. Albertelli Law                          Florida Foreclosure Attorneys, PLLC
1475 Centerpark Blvd., Suite 130       Post Office Box 23028                   4855 Technology Way, Suite 500
West Palm Beach, FL 33401-7424         Tampa, FL 33623-2028                    Boca Raton, FL 33431-3352


Wanda D Murray +                       Rachel L Ahlum +
Aldridge Pite, LLP                     Aldridge Pite LLP
Fifteen Piedmont Center                Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500    3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636                 Atlanta, GA 30305-1636
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Fidelity National Title Group        (u)PMT NPL Financing 2015-1            (u)PNC Bank, National Association

(u) Susan & Ellyn Lorings

End of Label Matrix
Mailable recipients    46
Bypassed recipients     4
Total                  50