EXHIBIT "D"

```
 1                UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                   JACKSONVILLE DIVISION

 3     In Re:

 4     Lilia Belkova,       Case: 3:13-bk-07570-JAF

 5         Debtor,          Chapter 12

 6     _____

 7     Lilia Belkova,

 8           Plaintiff,

 9     v.                   Adversary No. 3:18-ap-00180-JAF

10     PNC Bank, N.A.,

11         Defendant.

12     _____/

13
                         VOLUME I
14              DEPOSITION OF LILIA BELKOVA
            TAKEN AT THE INSTANCE OF DEFENDANT
15

16

17
                       PLACE AND TIME:
18
                 Thursday, October 10, 2019
19              Wellington Professional Centre
                    12161 Ken Adams Way
20                  Wellington, FL 33414
                     11:06 - 3:50 p.m.
21

22


23                 Karen J. Klotz, FPR
              Certified Court Reporting, LLC
24               231 Ponce de Leon Street
               Royal Palm Beach, FL 33411
25                   (561) 798-4951
```

```
 1                        APPEARANCES:
 2
 3     ON BEHALF OF THE PLAINTIFF:
 4         Lilia Belkova, Pro Se
           2251 Buck Ridge Trail
 5         Loxahatchee, Fl 33470
 6
       ON BEHALF OF THE DEFENDANT:
 7
           McGlinchey Stafford
 8         10407 Centurion Parkway North
           Suite 200
 9         Jacksonville, FL 32256
           By: Kimberly Held Israel, Esquire
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**INDEX**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| **Lilia Belkova** (By Ms. Israel) | 4 | | | |

**EXHIBITS**

| Number | Description | Page |
|---|---|---|
| Defendant's 1 | Note card | 9 |
| Defendant's 2 | Trust Management LLC 11/15/06 | 66 |
| Defendant's 3 | Realty Services LLC 12/22/06 | 92 |
| Defendant's 4 | Realty Services LLC 4/23/09 | 107 |
| Defendant's 5 | Realty Services LLC 4/20/09 | 107 |
| Defendant's 6 | Land Trust Agreement 2/9/04 | 113 |
| Defendant's 7 | Assignment of Beneficial Interest 2/9/04 | 130 |
| Defendant's 8 | Assignment of Beneficial Interest 2/9/04 | 135 |

```
 1      A.   But I do recall that I was somehow using
 2 that LLC for my mother's property purchase.
 3      Q.   What is your mother's name?
 4      A.   Anisa Nazarova.
 5      Q.   And can you please spell that for the
 6 record?
 7      A.   It's spelled A-n-i-s-a and also A-n-i-s-s-a.
 8 And Nazarova, N-a-z-a-r-o-v-a.
 9      Q.   How old is your mother?
10      A.   She was born in 1940.
11      Q.   Do you recall when?
12      A.   Yeah, in February.
13      Q.   Where does she currently live?
14      A.   In Russia.
15      Q.   Has she ever lived in the United States?  I
16 don't mean just for visits.
17      A.   No.
18      Q.   She does not live at 2251 Buck Ridge Trail,
19 correct?
20      A.   Correct.
21      Q.   She does not live at 14701 Northwest 83rd
22 Place in Morriston, correct?
23      A.   Correct.
24      Q.   She does not live at 3351 Southeast 186th
25 Avenue in Morriston, correct?
```

1  A. Correct.
2  Q. Has she ever lived at any of those
3  addresses, not visits, just living?
4  A. She was never able to obtain a visa to visit
5  legally. And because, I guess, my citizenship took
6  so long, I wasn't able to --
7  Q. Bring her over?
8  A. -- bring her.
9  Q. Where in Russia does she live?
10 A. In a little village called Barda, B-a-r-d-a
11 in the Perm area.
12 Q. In the --
13 A. Perm, P-e-r-m.
14 Q. P-e-r-m?
15 A. Yeah, area. That's my best translation.
16 Q. That's okay. Thank you. Does your mother
17 speak English?
18 A. No.
19 Q. Can she read or write in English?
20 A. No.
21 Q. Are you able to communicate with her by
22 telephone?
23 A. When she calls.
24 Q. You can't place calls out, she has to call
25 you?

```
 1          A.   Yeah.
 2          Q.   Are you able to communicate with her by
 3     email?
 4          A.   She never used computers.
 5          Q.   So the answer is no?
 6          A.   No.  Mm-hmm.
 7          Q.   Logistically, how are you able to invest in
 8     properties for her with her in Russia, you in the
 9     U.S., and the distance and the various barriers and
10     obstacles?
11          A.   My mother lived with me in England when I
12     was -- when I started visiting America, we were
13     planning to relocate to America.
14          Q.   You were going to relocate together?
15          A.   Yes.
16          Q.   Okay.
17          A.   And so she was there with my father in
18     England.  I started visiting America, build up
19     credit, open bank accounts.  It was very difficult
20     for me with just a visa.  I visited New York first
21     and did all that.
22               And I went to buy the properties for her
23     because we had horses.  Those Russian horses were
24     already imported to England.
25               My mother was a zoo engineer by vocation
```