U.S. District Court
Middle District of Florida (Ocala)

Case 5:20-cv-00143-BJD

Lilia Belkova
    Appellant
V.
PNC Bank, N.A.
    Appellee
_____/

Declaration of Anissa Nazarova
In support of Motion To Relinquish Jurisdiction
for a Motion in the Court Below

Anissa Nazarova, pursuant to 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury, respectfully represents the following to the court:

My name is Anissa Nazarova. I am over 21 years of age, and fully competent to make this declaration. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

I am co-beneficiary of a land trust, Land Trust Agreement No. 072003, dated 02/09/2004, Anisa Nazarova a/k/a Anissa Nazarova.

Neither the Trust, nor the beneficiary Anissa Nazarova, nor Lilia Belkova as successor Trustee of Land Trust 07/2003 dated 02/09/2004 were represented in this case.

The real property which is the subject of this case is 2251 Buck Ridge Trail, Loxahatchee, FL 33470, which is owned by Land Trust Agreement No. 072003 dated 02/09/2004. Anisa Nazarova a/k/a Anissa Nazarova, is co-beneficiary, and was sole beneficiary at material times during 2004 and thru July 28,2009 . On July 22, 2009 National City Bank filed a complaint against the Trust in Palm Beach County to foreclose the alleged mortgage as successor by merger to Fidelity Federal Bank and Trust. On July, 2009 Lilia Belkova became co-beneficiary and holds legal title to the Trust property as successor Trustee since 01/30/2012.

PNC Bank has been substituted for it's predecessor and the case against the Trust to foreclose the alleged mortgage is still pending in Palm Beach County.

I was a sole beneficiary at the subject time, I did not agree to the construction of improvements on my property due to Homeowner's Association's repeated refusals to approve construction plans. I did not consent to the mortgage on my property and had not given Joseph Hanratty authorization to execute any mortgage. Therefore, the PNC Mortgage Lien is invalid under the terms of the Land Trust and Florida Law.

The court imposed an equitable lien and equitable subrogation on the trust's property. The counterclaimant Bank did not seek the joinder of neither Lilia Belkova as successor Trustee of Land Trust Agreement 072003 nor the beneficiary Anissa Nazarova, so the Trust and Anissa Nazarova were not represented in the case below.

I claim an interest relating to the property or transaction that is the subject of the action, and am so situated that disposing of the action will as a practical matter impair or impede my ability to protect my interest. The existing parties have not and are not expected to adequately represent that interest.

2

The owner of the real property is not Lilia Belkova individually but Land Trust Agreement No. 072003 dated 02/09/2004.

I am told that Lilia Belkova as trustee cannot litigate pro se on behalf of the trust. Her status as a trustee does not allow her to litigate pro se on behalf of the trust. Like corporations, trusts must be represented by counsel. Trusts cannot proceed pro se in federal court. Therefore, a non-lawyer cannot represent a trust in litigation.

Therefore the trust has not been represented in the case below and will not be represented in this case absent intervention.

Intervention is sought at this stage in the proceedings because movants were not a party in the case below, and debtor proceeded pro se, and movant's interests were not represented, and the trust property owned by movants was erroneously encumbered by an equitable lien and subrogation.

Movant seeks relief from the judgment.

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2020


Respectfully submitted

Anissa Nazarova

s/s: _____ *Назаров*

My identity has been established by the attached which was shown to Mr. Aresty over video phone.

The foregoing was translated into Russian and read and explained to me.

3



Районный Суд Соединенных Штатов
Средний округ Флориды (Окала)
Дело 5: 20-cv-00143-BJD

Лилия Белькова
жалобщик
v.
PNC Bank, N.A.
ответчик по апелляции
_____ /

Заявление Анисы Назаровой В поддержку ходатайства об отказе от юрисдикции для подачи ходатайства в суд ниже

Аниса Назарова, в соответствии с 28-м Кодексом США параграф 1746, подает нанотаризованную декларацию и заявляет под санкциями лжесвидетельства, что нижеизложенное является правдой и

-1-

с уважением представляет суду следующее:

Меня зовут Анисса Назарова *также известна как Аниса Назарова*. Мне больше 21 года, и я полностью компетентн*а* сделать это заявление. Если не указано иное, я лично знаю факты, изложенные в этой декларации.

Я являюсь со-бенефициаром земельного траста, Земельного трастового соглашения № 072003 от 02.09.2004.

Ни траст, ни бенефициар Анисса Назарова, ни Лилия Белькова в качестве *Trustee* Земельного траста 07/2003 от 02.09.2004 не были представлены в этом деле.

Недвижимость, которая является предметом этого дела является 2251 Бак Ридж Трейл, Loxahatchee, FL 33470, котор*ая* принадлежит Земельн*ому* трастов*ому* договор*у* № 072003 от 02/09/2004. Аниса Назарова а/к/а Анисса Назарова, является со-бенефициаром, и была единственным бенефициаром в *это самое значимое для дела* время в течение *времени от 2004-го года и до* 28 июля 2009. *22-го июля 2009 года* Национальный городской банк подал жалобу *в суд* на

— 2 —

Траст в Палм-Бич Каунти, чтобы получить право продать недвижимость через суд на основании мортгиджа/ипотеки законность которых оспаривается.

В июле 2009 года Лилия Белькова стала со-бенефициаром. С 01/30/2012 Лилия Белькова стала последующим Trustee земельного доверительного соглашения (Траста)

PNC Банк заменил своего предшественника в судебном деле против Траста и это дело на право на право продать недвижимость на основании ипотеки/мортгиджа всё ещё находится на рассмотрении суда в Палм-Бич Каунти.

—3—

Я была бенефициаром в это время, я не согласился на строительство улучшений на моей собственности из-за неоднократных отказов Ассоциации домовладельцев утвердить планы строительства. Я не согласился на ипотеку на мою собственность и не дал Джозефу Hanratty разрешение подписать ипотеку. Таким образом, PNC Ипотечный Льен является недействительным в соответствии с условиями земельного траста и закона Флориды.

Суд наложил на имущество траста залог и суброгацию Никакого вмешательства в суд по делам о банкротстве просителями не было. Траст и проситель бенефициар Анисса Назарова не были представлены в Банкротском суде.

Я утверждаю, что имею имущественные интересы связанные с собственностью или сделкой, которая является предметом иска, и природа моих интересов такова, что отказ в моём прошении о вмешательстве в дело принесёт мне будет ущерб или препятствовать моей способности защитить свои интересы. Существующие стороны не представляли и не должны адекватно представлять эти права и имущественные интересы

Владельцем недвижимости является не Лилия

— 4 —

Белькова, а земельное доверительное соглашение № 072003 от 02.09.2004. (Trust)

Мне сказали, что Лилия Белькова как Trustee (попечитель) не может судиться за траст. Её статус в качестве Trustee (попечитель) земельного доверительного соглашения не позволяет ей судиться от имени земельного доверительного соглашения.

Как и корпорации, трасты должны быть представлены адвокатом. Трасты не могут представлять ~~действовать~~ сами себя в федеральном суде. Таким образом, не-адвокат не может представлять земельное доверительное соглашение (Trust) в судебном разбирательстве.

Поэтому траст не был представлен в банкротском суде и не будет представлен в этом суде если вмешательство не разрешат. Вмешательство испрашивается на данном этапе разбирательства, поскольку просители не были стороной в деле ниже, и должник представлял себя сам без адвоката, и интересы просителей не были представлены, и трастовая собственность, принадлежащая Трасту ошибочно обременены суброгацией и залогом (мортгиджем).

—5—

*Просительница* ищет освобождения от постановления суда и его отмены

Я заявляю, *сертифицирую, подтверждаю и утверждаю под санкциями* лжесвидетельства, что вышеизложенное верно и правильно.

*Подписано Августа* ___, 2020 г.

Уважительно представлены

Анисса Назарова

с/с: _____ *Подпись*

Моя личность была установлена прилага*емым здесь документом,* который был показан *мистеру Арести* по видео-телефону.

Вышеупомянутое было переведено на русский язык и прочитано и объяснено мне.