IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 21-10117-DD

In re:

LILIA BELKOVA

Debtor.

_____

LILIA BELKOVA,

Plaintiff,

LAND TRUST AGREEMENT NO. 072003,
dated 02/09/2004,
ANISA NAZAROVA,
a.k.a. Anissa Nazarova,
as co-beneficiary,
LILIA BELKOVA,
as succesor trustee,

Movants - Appellants,

versus

PNC BANK, N.A.,

Defendant - Appellee.

Appeal from the United States District Court
for the Middle District of Florida

ORDER:

"Appellant Lilia Belkova's Motion For Extension To Retain Attorney Due To Accident" is GRANTED.

New counsel's notice of appearance is due thirty (30) days from the entry date of this order.

_____
UNITED STATES CIRCUIT JUDGE

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 21-10117-DD PNC Bank, N.A. v. Land Trust Agreement No. 07200, et al "Court Order Filed Granted by Court Other Motion" (5:20-cv-00143-BJD, Lead: 3:13-bk-07570-RCT) |
| **Date:** | Tuesday, April 27, 2021 10:37:13 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 04/27/2021

**Case Name:** PNC Bank, N.A. v. Land Trust Agreement No. 07200, et al
**Case Number:** 21-10117
**Document(s):** Document(s)

**Docket Text:**
ORDER: "Appellant Lilia Belkova's Motion For Extension To Retain Attorney Due To Accident" is GRANTED. New counsel's notice of appearance is due thirty (30) days from the entry date of this order. [9358315-2] BBM (See attached order for complete text)

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
William Lee Grimsley
Kimberly H. Israel

**Notice sent via US Mail to:**

Lilia Belkova
2251 BUCK RIDGE TRL
LOXAHATCHEE, FL 33470

The following document(s) are associated with this transaction:
**Document Description:** Court Order Filed
**Original Filename:** 21-10117 order.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=04/27/2021] [FileNumber=9370214-0]
[902445f8bcf9b451994dbac05fa9b2a7a0ea401fb65f3b7e6e62c949e751aa07aef99b62089a9d2229bda46fe4d07e469978481eddb2153627f216578aae38fa]]